145 So. 420

### H. H. MONTGOMERY, Supt. of Banks, etc., v. Eunice P. DUFFEY, as Guardian, etc.
### 5 Div. 125.

Supreme Court of Alabama.
Jan. 12, 1933.

J. Sanford Mullins and Richard H. Cocke, both of Alexander City, for appellant.

Albert Hooten, of Dadeville, for appellee.

PER CURIAM.

The suit was by a bill in equity and in the name of the guardian rather than in the name of the ward by the guardian. For this reason the circuit court was without jurisdiction to bind the ward. Wallace v. Montgomery, Superintendent of Banks (Ala. Sup.) 145 So. 419.[1] This results in a reversal of the judgment and remandment of the cause for proper amendment if the parties are so advised.

Reversed and remanded.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

